UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Okwuchukwu E. Jidoefor, | Civil No. 22-cv-2828 (PJS/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Office of Chief Counsel, et al., | |
| Respondents. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 1, 2023 (ECF No. 7), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that the Clerk of Court **TRANSFER** this action to the U.S. Court of Appeals for the Eighth Circuit.

Date: March 2, 2023

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chef United States District Court Judge
for the District of Minnesota